**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000043
09-OCT-2024
07:45 AM
Dkt. 448 OGMR**

NO. CAAP-20-0000043

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


SAMANTHA JANE KASNETZ, ALSO KNOWN AS SAMANTHA JANE WALASH,
SAMANTHA WALASH, SAMANTHA KASNETZ, AND S.J. KASNETZ WALASH,
SPECIAL ADMINISTRATOR OF THE ESTATE OF HERBERT R. KASNETZ, ALSO
KNOWN AS HERBERT ROY KASNETZ, DECEASED, Plaintiff-Appellant,
v.
DEBORAH A. KASNETZ, Defendant-Appellee


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV161000656)


**ORDER**
(By:  Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of "Defendant-Appellee's

[Deborah A. Kasnetz (**Wife**)] Motion For Reconsideration of

Summary Disposition Order, Filed July 23, 2024," (**Motion for**

**Reconsideration**) filed on August 2, 2024, and the record, this

court determines that reconsideration is warranted under Hawaiʻi

Rules of Appellate Procedure Rule 40, regarding the analysis of

the amount of the equalization payment awarded to Wife by the Family Court of the First Circuit.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is granted, and an Amended Summary Disposition Order will be filed forthwith.

DATED:  Honolulu, Hawaiʻi, October 9, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge